# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00295-CV

**In re Brian Robert Cunningham**

## ORIGINAL PROCEEDING FROM CALDWELL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Karin Crump, Justice

Before Justices Triana, Theofanis and Crump

Filed: July 16, 2025